**Affirm and Opinion Filed August 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-00037-CR

---

### JOHN KENNETH WEEKLEY, Appellant
### V.
### THE STATE OF TEXAS, Appellee

---

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F09-55995-H

---

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Myers and Brown
Opinion by Chief Justice Wright

John Weekley was convicted of robbery. The jury assessed punishment, enhanced by two prior felony convictions, at twenty-five years' imprisonment. This Court affirmed his conviction on direct appeal. *Weekley v. State*, No. 05-10-01107-CR, 2013 WL 2316612 (Tex. App.—Dallas May 28, 2013, pet. ref'd) (mem. op., not designated for publication). Appellant filed a pro se motion for post-conviction DNA testing, which was denied by the trial court. On June 9, 2015, the Court ordered appellant, who is representing himself on appeal, to file his brief by July 20, 2015. We warned that failure to do so would result in submission of the appeal without briefs and without further notice. *See* TEX. R. APP. P. 38.8(b); *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994). To date, appellant has not filed a brief.

Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's order denying appellant's motion for post-conviction DNA testing.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47
150037F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JOHN KENNETH WEEKLEY, Appellant

No. 05-15-00037-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas
Trial Court Cause No. F09-55995-H.
Opinion delivered by Chief Justice Wright, Justices Myers and Brown participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's order denying appellant's motion for post-conviction DNA testing.

Judgment entered August 14, 2015.